UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO MULQUEENEY | CIVIL ACTION |
| VERSUS | NO: 20-1619 |
| CLAYTON AND MYRICK P.L.L.C., ET AL | SECTION: D (4) |

## ORDER TO SHOW CAUSE

This case was filed on June 4, 2020. The record does <u>not</u> reflect that service was made upon defendants, Internal Credit Systems, Inc. and Clayton and Myrick, P.L.L.C.

Federal Rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly, **IT IS ORDERED** that, absent an appearance by defendants, Internal Credit Systems, Inc. and Clayton and Myrick, P.L.L.C., that plaintiff show cause on or before **October 9, 2020**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why defendants, Internal Credit Systems, Inc. and Clayton and Myrick, P.L.L.C. should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this ___14th___ day of September 2020.

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE