IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTONIO MULQUEENEY, | |
| Plaintiff, | CIVIL ACTION NO. 20-01619 |
| v. | JUDGE WENDY B. VETTER |
| CLAYTON AND MYRICK P.L.L.C. et al, | MAG. JUDGE KAREN WELLS ROBY |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Antonio Mulqueeney voluntarily dismisses this action against Defendants Clayton and Myrick P.L.L.C. and Internal Credit Systems, Inc. Dismissal is appropriate because Defendants have not filed an answer in this case.

*Respectfully submitted,*

Dated: October 23, 2020        */s/ Jonathan M. Kirkland*
Jonathan M. Kirkland, Esq.
KIRKLAND LAW LLC
One Galleria Blvd, Suite 1900
Metairie, Louisiana 70001
Telephone: (504) 370-9077
jmk@kirklandlw.com

Attorney for Plaintiff Antonio Mulqueeney